Donald S. SCOLA, et al.,
Plaintiffs/Respondents,

v.

Edward E. THARP, et al.,
Defendants/Appellants.

No. 68769.

Missouri Court of Appeals,
Eastern District,
Division Five.

July 9, 1996.

David E. Woods, O'Fallon, for defendants/appellants.

William W. Wunderlich, High Ridge, for plaintiffs/respondents.

Before CRANE, C.J., AHRENS, J., and CHARLES B. BLACKMAR, Senior Judge.

*ORDER*

PER CURIAM.

Plaintiffs, Donald and Joanne Scola, brought suit against defendant Elizabeth Tharp seeking to quiet title to the property that plaintiffs reside on. After a bench trial, the trial court entered a judgment which quieted title to the property in the plaintiffs, awarded legal fees to plaintiffs and barred defendant from bringing suit against plaintiffs on an underlying contract between the parties. Defendant appeals the judgment of the trial court. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Kevin ROBERTS, Appellant.

No. 68218.

Missouri Court of Appeals,
Eastern District,
Division Two.

July 9, 1996.

Gary E. Brotherton, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Jefferson City, for respondent.

Before CRAHAN, P.J., and CRANDALL and DOWD, JJ.

*ORDER*

PER CURIAM.

Defendant appeals the judgment upon his conviction by a jury of one count of first degree assault, § 565.050, RSMo 1994, one count of stealing from a person, § 570.030, RSMo 1994, and one count of armed criminal action, § 571.015, RSMo 1994, for which he was sentenced to a total term of imprisonment of twenty-five years. We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. The judgment is affirmed in accordance with Rule 30.25(b).